**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 148 EAL 2023
                               :
           Respondent            :
                               :   Petition for Allowance of Appeal
                               :   from the Order of the Superior Court
           v.                         :
                               :
MIGUEL MALDONADO,                 :
                               :
           Petitioner              :

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.